MORRIS ROTH, Also Known as MOSHER ROTH, Respondent. v. RACHAEL FISH, Appellant.— Judgment modified by inserting after the words " water rates, liens

upon said premises " at folio 208 of the record, the following: " which mortgage, and the accompanying bond, together with all other liens, the second party assumes and agrees to pay, and to save harmless the first party from all obligation or liability thereon; " and as so modified unanimously affirmed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.